**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PHILLIP CARR,

                     Petitioner,             20 **CIVIL** 7820 (CM)(OTW)

       -against-                    **JUDGMENT**

MICHAEL KIRKPATRICK,

                     Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 10, 2025, the Court adopts the Report & Recommendation and adopts the report as the opinion of the court. As the petitioner has not made a substantial showing of the denial of a constitutional right. I decline to issue a certificate of appealability, per 28 USC Sect. 2253. I certify that any appeal would not be taken in good faith; accordingly, the case is closed.

**Dated:** New York, New York
           July 11, 2025

                                            **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                **BY:**
                                                  **Deputy Clerk**